NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-18-0000532
24-DEC-2018
08:12 AM**

NO. CAAP-18-0000532

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

WILLIE JAMES JONES, Petitioner-Appellant, v.
STATE OF HAWAI'I, Respondent-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(S.P.P. NO. 17-1-0012 (CR. NO. 95-1384))

AMENDED ORDER DISMISSING APPEAL
FOR LACK OF APPELLATE JURISDICTION
(By: Ginoza, Chief Judge, Fujise and Leonard, JJ.)

Upon review of the record in CAAP-18-0000532, it appears that this court lacks appellate jurisdiction over the appeal. Petitioner-Appellant Willie James Jones (Appellant) appeals from the "Order Denying Petitioner Willie James Jones'[s] Petition for Post-Conviction Relief Without a Hearing[,]" entered on May 30, 2018, in the Circuit Court of the First Circuit. A notice of appeal must be filed within 30 days after entry of an appealable judgment or order. Rule 4(b)(1) of the Hawai'i Rules of Appellate Procedure (HRAP). Thus, Appellant had until June 29, 2018 to file a notice of appeal. Appellant filed a Notice of Appeal on June 30, 2018. Therefore the appeal is untimely. "As a general rule, compliance with the requirement of the timely filing of a notice of appeal is jurisdictional, and we must dismiss an appeal on our motion if we lack jurisdiction."

Grattafiori v. State, 79 Hawaiʻi 10, 13, 897 P.2d 937, 940 (1995) (citation, internal quotation marks, and brackets omitted).

IT IS HEREBY ORDERED that the appeal is dismissed for lack of appellate jurisdiction.

DATED: Honolulu, Hawaiʻi, December 24, 2018.


Chief Judge


Associate Judge


Associate Judge

2